UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

METLIFE PET INSURANCE SOLUTIONS LLC

           Defendant.

Case No.: 1:20-cv-09940

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            March 8, 2021

                                          Respectfully submitted,

                                          */s/ Joseph H. Mizrahi*
                                          Cohen & Mizrahi LLP
                                          *Attorneys for Plaintiff*